No. 325. PAMPANGA SUGAR MILLS *v.* TRINIDAD, COLLECTOR. October 22, 1928. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted.

*Messrs. Quinton Paredes, Felipe Bueneamino, Jr., Oscar Sutro*, and *Louis Titus* for petitioner. *Messrs. Wm. Cattron Rigby, Edward A. Kreger*, and *John A. Hull* for respondent.